No. 84–232. TRUSTEES OF THE UNIVERSITY OF PENNSYLVA- NIA *v.* SANSOM COMMITTEE (three cases). C. A. 3d Cir. Certio-

rari denied.